257 So.2d 156

**Zainuddin S. KARU**

v.

**Daly C. LAVERGNE et al.**

No. 52079.

Feb. 11, 1972.

In re: Zainuddin S. Karu applying for Certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 255 So.2d 483.

Application denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

257 So.2d 157

**C. Elliot THOMPSON et al.**

v.

**Kermit FRYMIRE, Testamentary Executor of the Succession of Amelia R. Barger.**

No. 52087.

Feb. 11, 1972.

In re: C. Elliot Thompson, Sybil Thompson Hazleton, Joyce Thompson Johnson, R. Baylis Edmondson, Sr., and Edward Chehardy, Jr. applying for Certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Ascension. 255 So.2d 443.

Writ denied. No error of law.